In the Matter of JOHN ROSENBERG, Appellant, against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, et al., Respondents.

(Argued October 31, 1934; decided October 31, 1934.)

*Edward M. Rose* and *John Rosenberg*, in person, for appellant.

*Paul Windels, Corporation Counsel (Russell L. Tarbox* of counsel) for Board of Elections, respondent.

*Joseph P. Brennan, Jr.*, and *Joseph S. Gershman* for Christopher D. Sullivan, respondent.

Order affirmed on the authority of *Matter of Wicksel* v. *Cohen* (262 N. Y. 446). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.